RECEIVED
IN LAKE CHARLES, LA

JUN 14 2013

TONY R. MOORE, CLERK
BY_____
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **WILLARD BRANDENBURG** #120819 | **CIVIL ACTION NO. 2:12-CV--2569 SECTION P** |
| VS. | **JUDGE PATRICIA MINALDI** |
| **WARDEN, WYNN CORRECTIONAL CENTER** | **MAGISTRATE JUDGE KATHLEEN KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 7] and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** for failure to timely file within the limitations period set in 28 U.S.C. § 2244(d)(1)(A).

Lake Charles, Louisiana, on this __14__ day of __June__, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE